UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CASE 1:22-mj-30509

-vs-        Magistrate Judge Patricia T. Morris

JASON MYERS,

        Defendant.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

NOW COMES Alan A. Crawford and files his appearance as appointed counsel on behalf of Jason Myers in the instant matter.

        Respectfully submitted,

        s/ Alan A. Crawford
        Alan A. Crawford (P74474)
        120 N. Michigan Ave. Ste 303
        Saginaw, MI 48602
        989.355.1717
        989.352.3141 – Fax
        alan@acrawfordlaw.com

Dated: December 2, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CASE 1:22-mj-30509

-vs-        Magistrate Judge Patricia T. Morris

JASON MYERS,

        Defendant.
_____/

## **CERTIFICATION**

I hereby certify that the forgoing papers were electronically filed this date, served electronically or by mail to the following:

**AUSA J. MICHAEL BUCKLEY**
United States Attorney's Office
101 1st St., Suite 200
Bay City, MI 48708
(989) 895-0361

By: s/ Alan A. Crawford

Date: December 2, 2022